IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| **MAGGIE COPPAGE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Case No. 4:16-cv-248-FL |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S. | ) |
| **Defendants.** | ) |

## ORDER TO REFUND DUPLICATE PAYMENT

This matter having come before the Court on Plaintiff's Corrected Motion to Refund Duplicate Payment, with the Court having reviewed the motion and the Pay.gov record of payments, it is hereby ORDERED

Plaintiff's Corrected Motion to Refund Duplicate Payment is GRANTED, Clerk shall issue refund of two duplicate payments of the filing fees.

So ORDERED, this the 18th day of November, 2016.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE